**IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| CHESTER EDWARDS, JR., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| -vs- | ) | NO. CIV-26-1365-HE |
| | ) | |
| KELLY DAVIS, | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER**

On July 17, 2026, United States Magistrate Judge Chris M. Stephens issued a Report and Recommendation [Doc. #7], recommending the court dismiss this *pro se* action without prejudice. The recommended ruling was based on plaintiff's failure to comply with the magistrate judge's June 12, 2026 order to pay the required $405.00 filing fee, or alternatively, to file a motion to proceed in forma pauperis not later than July 6, 2026. In the Report and Recommendation, the magistrate judge specifically advised plaintiff of his right to object to the Report and Recommendation not later than August 7, 2026.

On August 13, 2026, the court entered an order [Doc. #9], granting plaintiff an extension of time to file an objection to the Report and Recommendation by August 21, 2026. The court reminded plaintiff that failure to object timely to the Report and Recommendation waives the right to appellate review of the factual and legal issues addressed in the Report and Recommendation.

To date, plaintiff has not filed an objection. The right to appellate review of the factual and legal issues addressed in the Report and Recommendation is therefore waived. *See* Moore v United States, 950 F.2d 656, 659 (10th Cir. 1991).

Accordingly, the Report and Recommendation [Doc. #7] is **ADOPTED**. This action is **DISMISSED WITHOUT PREJUDICE** pursuant to Fed. R. Civ. P. 41(b).

A separate judgment will be entered.

**IT IS SO ORDERED**.

Dated this 1st day of September, 2026.

JOE HEATON
UNITED STATES DISTRICT JUDGE